```
GARY M. RESTAINO
United States Attorney
District of Arizona
JENNIFER H. BERMAN
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: jennifer.berman@usdoj.gov
Attorneys for Plaintiff
```

FILED

2022 MAR 16 PM 4:53

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-00402 TUC-JCH(LAB)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Jorge Luis Calderon,<br><br>   Defendant. | **I N D I C T M E N T**<br><br>Violation:<br>8 U.S.C. § 1326(a)(enhanced by<br>8 U.S.C. § 1326(b)(1))<br><br>(Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about February 2, 2022, in the District of Arizona, to wit: at or near Lukeville, Jorge Luis Calderon, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Atlanta, Georgia, on or about November 14, 2012, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security

///

to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated:   March 16, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/ S /

JENNIFER H. BERMAN
Assistant United States Attorney

REDACTED FOR PUBLIC DISCLOSURE

*United States of America v. Jorge Luis Calderon*
*Indictment Page 2 of 2*