IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Jorge Luis Calderon,<br><br>　　　　　　Defendant. | No. CR-22-00402-001-TUC-JCH (LAB)<br><br>**WAIVER AND ORDER**<br><br>**Modification of Supervised Release Conditions** |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☐　　any modification of my conditions of probation. 18 U.S.C. §3563(c).

☒　any modification of my conditions of supervised release. 18 U.S.C.　§3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

1. You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You must contribute to

programming costs in an amount determined by the probation officer.

_See attached_
Jorge Luis Calderon                                     Date
Defendant

_See attached_
Warren Brinkman                                         Date
U.S. Probation Officer

## ORDER OF COURT

Considered and ordered this __9th__ day of ____February____, __2023__ and ordered filed and made a part of the records in the above case.

_____
The Honorable John C. Hinderaker
U.S. District Judge

PROB 49  
(3/89)

SD/FL PACTS # 7984431

**CONFIDENTIAL**  
**DO NOT FILE   DO NOT SCAN**  
**RETURN TO PROBATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF
### Southern District of Florida

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside at and participate in the Residential Reentry Center for a period not to exceed 180 days, or until otherwise released at the direction of the United States Probation Officer upon verification and approval of residence.

Witness: _____  Signed: _____  
U.S. Probation Officer                    Probationer or Supervised Releasee

Date: 12/8/22